IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION


BILLY CHARLES AARON                                                      PETITIONER
ADC No. 110649

vs.                                    Case No. 5:09CV00158 JMM/HLJ

LARRY NORRIS, Director
Arkansas Department of Correction                                       RESPONDENT


## ORDER

On June 29, 2009, Respondent filed a Response to the Petition for Writ of Habeas

Corpus. (DE # 12) The court hereby grants Petitioner thirty (30) days to file a reply to the

response.

It is so ordered this 9th day of July, 2009.

_____
Henry L. Jones, Jr.
UNITED STATES MAGISTRATE JUDGE