IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY CHARLES AARON**　　　　　　　　　　　　　　　　　　　**PETITIONER**
**ADC #110649**

v.　　　　　　　　　　**5:09-cv-00158-JMM-JJV**

**LARRY NORRIS, Director,**
**Arkansas Department of Correction**　　　　　　　　　　　**RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, judgment is hereby entered dismissing the Petition for Writ of Habeas Corpus with prejudice. The relief sought is denied.

IT IS THEREFORE ORDERED that Petitioner's Petition (Doc. No. 2) is DISMISSED with prejudice.

DATED this 10th day of December, 2009.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE